**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **GREGORY L. BALDWIN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **NAYLOR GARDENS COOPERATIVE** | ) | |
| **HOUSING ASSOCIATION** | ) | |
| | ) | **Civil Action No.:** |
| | ) | **1:07-cv-02121-HHK** |
| **And** | ) | |
| | ) | |
| **GATES HUDSON & ASSOCIATES, Inc.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

**DEFENDANTS' MOTION (CONSENT) TO**
**EXTEND DEADLINE FOR RESPONSIVE PLEADINGS**

Naylor Gardens Cooperative Housing Associates and Gates Hudson &

Associates, Inc. (collectively "Defendants"), by undersigned counsel, move this court to

permit Defendants additional time to file responsive pleadings, and in support would state

as follows:

1.    Defendants acknowledge receipt and service of the Complaint.

2.    Defendants require additional time to investigate the facts alleged in the

Complaint and to retain counsel.

3.    Plaintiff, by counsel, consents to this request.

4.    Defendants request additional time to February 9, 2008 to file responsive

pleadings in this matter.

WHEREFORE, the foregoing considered, Defendants request this court to extend

time to file responsive pleadings to, and including, February 9, 2008.

Dated:  January 9, 2008

Respectively submitted,


 /s/ Stephen Nichols_____
John B. Raftery
DC Bar No. 437069
Stephen Nichols
DC Bar No. 429686
Deckelbaum Ogens & Raftery, Chtd.
3 Bethesda Metro Center, Suite 200
Bethesda, MD  20814
(301) 961-9200

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 9, 2008, a true copy of the foregoing was sent via first-class, postage-prepaid mail and email to Charles R. Both, Law Offices of Charles R. Both, 1666 Connecticut Avenue, NW, Suite 500, Washington, DC  20009 and Robert Bruskin, Esq., Washington Lawyers Committee for Civil Rights and Urban Affairs, 11 DuPont Circle, NW, Suite 400, Washington, DC 20036.


 /s/ Stephen Nichols_____
Stephen Nichols

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GREGORY L. BALDWIN | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     **vs.** | ) |
| | ) |
| NAYLOR GARDENS COOPERATIVE | ) |
| HOUSING ASSOCIATION | ) |
| | )    **Civil Action No.:** |
| | )    **1:07-cv-02121-HHK** |
| **And** | ) |
| | ) |
| GATES HUDSON & ASSOCIATES, Inc. | ) |
| | ) |
|     **Defendants.** | ) |
| _____ | ) |

**ORDER GRANTING DEFENDANTS**
**ADDITIONAL TIME TO FILE RESPONSIVE PLEADINGS**

Upon consideration of Defendants' Motion (Consent) to Extend Deadline for

Responsive Pleadings it is

ORDERED that Defendants shall have until February 9, 2008 to file responsive

pleadings in this matter.

 

                                           _____
                                           Judge, United States District Court
                                           For the District of Columbia