IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GREGORY L. BALDWIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:07-cv-02121-HHK |
| | ) | |
| NAYLOR GARDENS COOPERATIVE | ) | |
| HOUSING ASSOCIATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

COMES NOW,  Stephen A. Horvath, Esquire, Melissa H. Katz, Esquire, and

Brian C. Wilberg, Esquire of the Law Firm of Trichilo, Bancroft, McGavin, Horvath &

Judkins, P.C., 3920 University Drive, Fairfax, Virginia 22030, Telephone (703)385-1000,

Facsimile (703) 385-1555, and notify this court and all counsel of its appearance as co-

counsel on behalf of defendants, *Naylor Gardens Cooperative Housing Association and*

*Gates Hudson & Associates, Inc.*, in this action.

Dated: February 11, 2008

**Respectively submitted,**

**NAYLOR GARDENS COOPERATIVE
  HOUSING ASSOCIATION and
GATES HUDSON & ASSOCIATES, INC.**
By Counsel

TRICHILO, BANCROFT, McGAVIN,

HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030-0022
Telephone (703)385-1000
Facsimile (703) 385-1555

/s/ Stephen A. Horvath

_____

Stephen A. Horvath, Esquire
D.C. Bar No. 417137
Melissa H. Katz, Esquire
D.C. Bar No. 470785
Brian C. Wilberg, Esquire
D.C. Bar No. 501538
*Co-Counsel for Defendants, Naylor Gardens Cooperative Housing Association and Gates Hudson & Associates, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing *NOTICE OF APPEARANCE* was mailed, postage prepaid, on this 11<u>th</u>  day of February, 2008, to:

> Charles R. Both, Esquire
> 1666 Connecticut Avenue, N.W., Suite 500
> Washington, D.C.  20009
> *Counsel for Plaintiff, Gregory L. Baldwin*
>
> John B. Raftery, Esquire
> Stephen Nichols, Esquire
> DECKELBAUM OGENS & RAFTERY, CHTD.
> 3 Bethesda Metro Center, Suite 200
> Bethesda, Maryland  20814
> *Co-Counsel for Defendants, Naylor Gardens
> Cooperative Housing Association and Gates
> Hudson & Associates, Inc.*

/s/ Stephen A. Horvath

_____

Stephen A. Horvath, Esquire