UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. BALDWIN )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>NAYLOR GARDENS COOPERATIVE )<br>HOUSING ASSOCIATION )<br>)<br>And )<br>)<br>GATES HUDSON & ASSOCIATES, Inc. )<br>)<br>    Defendants. )<br>_____ ) | Civil Action No.:<br>1:07-cv-02121-HHK |

**DEFENDANTS' MOTION (CONSENT) TO
EXTEND DEADLINE FOR RESPONSIVE PLEADINGS**

Naylor Gardens Cooperative Housing Associates and Gates Hudson & Associates, Inc. (collectively "Defendants"), by undersigned counsel, move this court to permit Defendants additional time to file responsive pleadings, and in support would state as follows:

1.    Defendants acknowledge receipt and service of the Complaint.

2.    Defendants require additional time to investigate the facts alleged in the Complaint and to retain counsel.

3.    Plaintiff, by counsel, consents to this request.

4.    Defendants request additional time to February 9, 2008 to file responsive pleadings in this matter.

WHEREFORE, the foregoing considered, Defendants request this court to extend time to file responsive pleadings to, and including, February 9, 2008.

Dated: January 9, 2008

                                          Respectively submitted,

                                           /s/ Stephen Nichols_____
                                          John B. Raftery
                                          DC Bar No. 437069
                                          Stephen Nichols
                                          DC Bar No. 429686
                                          Deckelbaum Ogens & Raftery, Chtd.
                                          3 Bethesda Metro Center, Suite 200
                                          Bethesda, MD  20814
                                          (301) 961-9200

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on January 9, 2008, a true copy of the foregoing was sent via first-class, postage-prepaid mail and email to Charles R. Both, Law Offices of Charles R. Both, 1666 Connecticut Avenue, NW, Suite 500, Washington, DC  20009 and Robert Bruskin, Esq., Washington Lawyers Committee for Civil Rights and Urban Affairs, 11 DuPont Circle, NW, Suite 400, Washington, DC 20036.

                                           /s/ Stephen Nichols_____
                                          Stephen Nichols

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY L. BALDWIN,<br><br>    Plaintiff,<br><br>v.<br><br>NAYLOR GARDENS COOPERATIVE<br>HOUSING ASSOCIATION, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:07-cv-02121-HHK<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING DEFENDANTS ADDITIONAL TIME TO FILE RESPONSIVE PLEADINGS

Upon consideration of Defendants' Motion (Consent) to Further Extend Deadline for Responsive Pleadings it is

ORDERED that Defendants, *Naylor Gardens Cooperative Housing Association and Gates Hudson & Associates, Inc.*, shall have until March 14, 2008 to file responsive pleadings in this matter.

 

_____
Judge, United States District Court
For the District of Columbia